IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA            NO.  17-113

v.

JOHN CHRISTOPHER BROWN              CRIMINAL

MOTION TO DISMISS COUNT FORTY-TWO

AND NOW comes defendant, John Christopher Brown, to aver the following in furtherance of his motion to suppress, pursuant to advice of undersigned counsel:

1   John Brown has been charged at Count Forty-Two with possession of a photo of a naked minor, who is identified in government discovery materials as Minor#2.

2.  Government discovery demonstrates that metadata does not support its claim of production and ownership by defendant John Christopher Brown.

4.  A Memorandum in support of the foregoing is attached for review.

Submitted:

/s/ Diane S. Tosta

_____
Diane S. Tosta, Esquire
P.O. Box 618
Eagleville, PA 19408
(610) 277-5007 Phone
dianetostaesq@gmail.com

*Attorney for John Christopher Brown*