UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| **JOHN BROWN** | : | No. 17-113-2 |

**O R D E R**

**AND NOW,** this 6th day of September, 2017, upon consideration of the Motion to Sever Trials and to Suppress Co-defendant Jamieson's Statement (Doc. No. 36), Defendant Brown's Motion to Suppress His Statement (Doc. No. 37), and Motion to Dismiss Count Forty-Two (Doc. No. 38), the Court having accepted Defendant's Guilty Plea on September 6, 2017, it is **ORDERED** that the Motions are **MOOT**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge