IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN BROWN | : | No. 17-113-2 |

## ORDER

**AND NOW**, this 15th day of April, 2021, upon consideration of John Brown's *pro se* Motion to Vacate/Set Aside/Correct His Sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 128), the Government's Response in Opposition (Doc. No. 129), Mr. Brown's Reply (Doc. No. 130), and for the reasons discussed in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Mr. Brown's Motion (Doc. No. 128) is **DENIED**; and
2. No probable cause exists to issue a certificate of appealability.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1